**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
JUL 0 3 2008 NF
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** JOSEPH POLICHEMI | **Defendant(s):** UNITED STATES OF AMERICA |
| **County of Residence:** US, Outside the State of IL | **County of Residence:** |
| **Plaintiff's Address:**<br>Joseph Polichemi<br>#30373-004<br>Terre Haute - FCI<br>P.O. Box 33<br>Terre Haute, IN 47808 | **Defendant's Attorney:**<br>United States Attorney's Office<br>219 South Dearborn Street<br>Chicago, IL 60604 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

08CV3816
JUDGE GUZMAN
MAGISTRATE JUDGE BROWN

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:1651hc

**Jury Demand:** [ ] Yes [✓] No

**Signature:** A. E. Woodham    **Date:** 07/03/2008