# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RONALD A. GUZMÁN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3816 | **DATE** | 7/10/08 |
| **CASE TITLE** | Joseph Polichemi v. United States of America | | |

**DOCKET ENTRY TEXT:**

The petitioner, a federal prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to the "All Writs Act," 28 U.S.C. § 2241, challenging his conviction for wire fraud. The petitioner seeks relief under Section 2241 because the limitations period has expired for filing a motion to vacate, correct, or set aside his sentence under Section 2255. However, the court finds that the sentencing judge, William T. Hart, is in a better position to consider whether the conviction remains valid in light of *U.S. v. Santos*, — U.S. —, 128 S.Ct. 2020, 76 USLW 4341 (Jun. 2, 2008). The clerk is accordingly directed to refer this case to the Executive Committee for reassignment to Judge Hart's calendar.

**Docketing to mail notices.**

mjm