To The Clerk of the Court
District Court for the Northern District of Illinois
Prisoner Correspondent
219 South Dearborn St.
Chicago, IL. 60604

FILED
7-21-2008
JUL 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: 2241 Motion under case No. 08-C-3816   Judge Ronald A. Guzman
changed to Judge William T. Hart

July 14th, 2008

Dear Clerk,

 I have just received your information dated 7/10/08, whereby you state that the matter has been put over to the schedule of Judge William T. Hart. Thank-you for that information, it is appreciated.

 I would however, wish to address an "error" on the docket entry. This entry reflects, that I have moved for relief from the conviction of "wire fraud", and that is not the case. I have moved for relief from the "money laundering conviction only, and the "wire fraud" remains valid. Please read the Motion and this should be "plain".

 The wire fraud charge was ceeded to in the motion, only the "laundering charge" was challenged.

 Thank-you in advance for the correction.

Respectfully,

Joseph Polichemi
30373-004
P.O. Box 33
Terre Haute, IN   47808