# United States District Court
# Northern District of Illinois

MHN

In the Matter of

Joseph Polichemi

v.

United States of America

Case No. 08 C 3816

Designated Magistrate Judge
Geraldine Soat Brown

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

In accordance with the provisions of Rule 13 of the Internal Operating Procedures of this Court, I recommend that the above captioned case be reassigned to the calendar of Judge **William T. Hart** who has acknowledged the reasons and conditions of this reassignment on the reverse of this form.

_/s/ Ronald A. Guzman_
Judge Ronald A. Guzman

Dated: July 29, 2008

FILED
2008 JUL 31 AM 8:42
U.S. DISTRICT COURT
CLERK DISTRICT COURT

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **William T. Hart**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_/s/ James F. Holderman_
Chief Judge James F. Holderman

Dated: JUL 3 0 2008

Reassignment by Agreement (Rev. 9/99)

I agree that case number **08C3816** should be reassigned to my calendar as specifically set forth below:

Petitioner seeks relief under Section 2241 because the limitations period has expired for filing a motion to vacate, correct, or set aside his sentence under Section 2255. .As sentencing judge in petitioner's criminal case, I am in a better position to consider whether the conviction remains valid.

---

☐    It is also agreed that if the Executive Committee approves this reassignment, the following numbered case(s) should be reassigned to the calendar of Judge _____ as replacement(s):

■    It is also agreed that if the Executive Committee approves this reassignment, the reassignment of a replacement case(s) is not required.

_William T. Hart_
Judge William T. Hart

Dated: July 29, 2008